**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 17-1434**

ALEXANDER OTIS MATTHEWS,

      Plaintiff - Appellant,

       v.

RATIONALWIKI FOUNDATION,

      Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Liam O' Grady, District Judge.  (1:14-cv-00257-LO-TCB)

Submitted:  August 24, 2017                    Decided:  August 28, 2017

Before GREGORY, Chief Judge, and SHEDD and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Alexander Otis Matthews, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alexander Otis Matthews appeals the district court's order dismissing his complaint for failure to prosecute. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Matthews v. RationalWIKI Found.*, No. 1:14-cv-00257-LO-TCB (E.D. Va. Mar. 24, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*